United States Courts
Southern District of Texas
FILED
*August 19, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**(1) SANTIAGO HERNANDEZ, JR.,**

**(2) ALEX ANTHONY FISHER,**

and

**(3) LORI LIN FLOWERS,**

Defendants.

**Case No. 4:23-CR-219-S**

# SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Title 18, United States Code, Section 1201(a) and (c)—Conspiracy to Commit Kidnapping

Beginning on an unknown date, but no later than on or about March 17, 2023, and continuing through at least on or about March 23, 2023, said dates being approximate, in the Houston Division of the Southern District of Texas,

**SANTIAGO HERNANDEZ, JR.,**
**ALEX ANTHONY FISHER,**
and
**LORIE LIN FLOWERS,**

defendants herein, combined, conspired, confederated, and agreed with one another and others, known and unknown to the Grand Jury, to unlawfully seize, confine, kidnap, abduct and carry

away and hold for ransom, reward, and otherwise, another, and in committing and in furtherance of the commission of the offense, used means, facilities, and instrumentalities of interstate and foreign commerce, in violation of Title 18, United States Code, Section 1201(a).

In furtherance of and to affect the objectives of the conspiracy, and to accomplish its purposes and objectives, one or more of the conspirators committed and caused to be committed the following overt acts, among others, in the Southern District of Texas: the conduct charged in Counts Two through Ten of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 1201(c).

**COUNT TWO**

Title 18, United States Code, Sections 1201(a) and 2—Aiding and Abetting Kidnapping

On or about March 17, 2023, and continuing through on or about March 23, 2023, in the Houston Division of the Southern District of Texas,

**SANTIAGO HERNANDEZ, JR.**,
**ALEX ANTHONY FISHER**,
and
**LORIE LIN FLOWERS**,

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct and carry away and hold for ransom, reward, and otherwise, A.G. whose full name is known to the Grand Jury, and in committing and in furtherance of the commission of the offense used means, facilities, and instrumentalities of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1201(a) and 2.

**COUNT THREE**

Title 18, United States Code, Sections 1201(a) and 2—Aiding and Abetting Kidnapping

On or about March 17, 2023, continuing through on or about March 23, 2023, in the Houston Division of the Southern District of Texas,

**SANTIAGO HERNANDEZ, JR.,**
**ALEX ANTHONY FISHER,**
and
**LORIE LIN FLOWERS,**

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct and carry away and hold for some ransom, reward, and otherwise, M.V., whose full name is known to the Grand Jury, and in committing and in furtherance of the commission of the offense used means, facilities, and instrumentalities of interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1201 (a) and 2.

**COUNT FOUR**

Title 18, United States Code, Sections 1201(a) and 2—Aiding and Abetting Kidnapping

On or about March 17, 2023, and continuing through on or about March 23, 2023, in the Houston Division of the Southern District of Texas,

**SANTIAGO HERNANDEZ, JR.,**
**ALEX ANTHONY FISHER,**
and
**LORIE LIN FLOWERS,**

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct and carry away and hold for ransom, reward, and otherwise, E.L. whose full name is known to the Grand Jury, and in committing and in

furtherance of the commission of the offense used means, facilities, and instrumentalities of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1201(a) and 2.

**COUNT FIVE**

Title 18, United States Code, Sections 1203(a) and 2—Aiding and Abetting Hostage Taking

On or about March 17, 2023, and continuing through on or about March 23, 2023, in the Houston Division of the Southern District of Texas,

**SANTIAGO HERNANDEZ, JR.**,
**ALEX ANTHONY FISHER**,
and
**LORIE LIN FLOWERS**,

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did seize, detain, threaten to kill and injure, and continue to detain, A.G., whose full name is known to the Grand Jury, a foreign national, in order to compel a third person to pay ransom, reward, and do any act as an explicit and implicit condition for the release of A.G.

In violation of Title 18, United States Code, Sections 1203(a) and 2.

**COUNT SIX**

Title 18, United States Code, Sections 1203(a) and 2—Aiding and Abetting Hostage Taking

On or about March 17, 2023, and continuing through on or about March 23, 2023, in the Houston Division of the Southern District of Texas,

**SANTIAGO HERNANDEZ, JR.**,
**ALEX ANTHONY FISHER**,
and
**LORIE LIN FLOWERS**,

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did seize, detain, threaten to kill and injure, and continue to detain, M.V., whose full name is known to the Grand Jury, a foreign national, in order to compel a third person to pay ransom, reward and do any act as an explicit and implicit condition for the release of M.V.

In violation of Title 18, United States Code, Sections 1203(a) and 2.

**COUNT SEVEN**

Title 18, United States Code, Sections 1203(a) and 2—Aiding and Abetting Hostage Taking

On or about March 17, 2023, and continuing through on or about March 23, 2023, in the Houston Division of the Southern District of Texas,

**SANTIAGO HERNANDEZ, JR.**,
**ALEX ANTHONY FISHER**,
and
**LORIE LIN FLOWERS**,

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did seize, detain, threaten to kill and injure, and continue to detain, E.L., whose full name is known to the Grand Jury, a foreign national, in order to compel a third person to pay ransom, reward and do any act as an explicit and implicit condition for the release of E.L.

In violation of Title 18, United States Code, Sections 1203(a) and 2.

**COUNT EIGHT**

Title 18, United States Code, Sections 1201(a) and 2—Aiding and Abetting Attempted Kidnapping

On or about March 17, 2023, and continuing through on or about March 18, 2023, in the Houston Division of the Southern District of Texas,

**SANTIAGO HERNANDEZ, JR.**,

**ALEX ANTHONY FISHER**,
and
**LORIE LIN FLOWERS**,

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully attempt to seize, confine, kidnap, abduct and carry away and hold for ransom, reward, and otherwise, D.I. whose full name is known to the Grand Jury, and in committing and in furtherance of the commission of the offense used means, facilities, and instrumentalities of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1201(a) and 2.

**COUNT NINE**

Title 18, United States Code, Sections 1201(a) and 2—Aiding and Abetting Attempted Kidnapping

On or about March 17, 2023, and continuing through on or about March 18, 2023, in the Houston Division of the Southern District of Texas,

**SANTIAGO HERNANDEZ, JR.**,
**ALEX ANTHONY FISHER**,
and
**LORIE LIN FLOWERS**,

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully attempt to seize, confine, kidnap, abduct and carry away and hold for some ransom, reward, and otherwise, J.E. whose full name is known to the Grand Jury, and in committing and in furtherance of the commission of the offense used means, facilities, and instrumentalities of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1201(a) and 2.

**COUNT TEN**

Title 18, United States Code, Sections 1201(a) and 2—Aiding and Abetting Attempted Kidnapping

On or about March 17, 2023, and continuing through on or about March 18, 2023, in the Houston Division of the Southern District of Texas,

**SANTIAGO HERNANDEZ, JR.**,
**ALEX ANTHONY FISHER**,
and
**LORIE LIN FLOWERS**,

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully attempt to seize, confine, kidnap, abduct and carry away and hold for some ransom, reward, and otherwise, R.G. whose full name is known to the Grand Jury, and in committing and in furtherance of the commission of the offense used means, facilities, and instrumentalities of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1201(a) and 2.

**A TRUE BILL.**

Original Signature on File

______________________________
**FOREPERSON OF THE GRAND JURY**

DATED: August 19, 2026
Houston, Texas

**AARON F. REITZ**
United States Attorney

______________________________
Jill Jenkins Stotts
Assistant United States Attorney
Southern District of Texas